**Anthony Bernard BURNSIDE,
Plaintiff–Appellant,**

v.

**John L. KINLAW, Superintendent Greenwood School District # 50; Gerald Brooks, Chief of Police Greenwood Police Department; Hugh Butler, Captain, Greenwood Police Department, in their individual and official capacity, Defendants–Appellees.**

**No. 01–6784.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Anthony Bernard Burnside, pro se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, SC; James Dean Jolly, Jr., Logan, Jolly & Smith, L.L.P., Anderson, SC, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Anthony Bernard Burnside appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in his action alleging due process violations and defamation of character. Burnside also appeals the district court's order denying his Fed.R.Civ.P. 52 and 59 motions for amendment and reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Burnside v. Kinlaw,* No. CA-00-1175-8-20AK (D.S.C. Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*